IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)
Plaintiff

vs                                          CIVIL 98-2303CCC

CARMEN YOLANDA COLON-AMARO
Defendant

## ORDER

The Bankruptcy Court having dismissed the defendant's petition as it appears from Exhibit A to plaintiff's Informative Motion filed on October 4, 2002 (**docket entry 14**), which is NOTED, plaintiff's Notice to the Court and Request for Writ of Execution filed on September 25, 2002 (**docket entry 13**) is NOTED and GRANTED.

SO ORDERED.

At San Juan, Puerto Rico, on November 12, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( / )
attys/pts
in ICMS