# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    February 4, 2003

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNTIED STATES OF AMERICA
(Rural Development)

Plaintiff

vs                                          CIVIL 98-2303CCC

CARMEN YOLANDA COLON-AMARO

Defendant

By order of the Court the Motion to Stay Scheduled Sale filed by plaintiff on January 31, 2003 (**docket entry 17**) is GRANTED. The sale scheduled for February 5, 2003 is SET ASIDE. The U.S. Marshal's Office and the parties to be notified immediately.

                                                  ᴍ - Secretary

Notified by FAX.
AUSA Q.J. Cordero 766-6219
US Marshal 766-6211

                            ᴍ
                           2/4/03

